JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL NECA-IBEW LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, NATIONAL ELECTRICAL INDUSTRY FUND, and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br>          Plaintiffs,<br><br>    vs.<br><br>M.L. ALEXANDER ELECTRIC CO., INC., a California corporation doing business as "ALEXANDER ELECTRIC COMPANY,"<br><br>          Defendant. | CASE NO.:  2:16-cv-07704 R (Ex)<br><br>Assigned to the Honorable Manuel L. Real<br><br>**JUDGMENT** |

1

[PROPOSED] JUDGMENT

[PROPOSED] JUDGMENT.DOC

This action having been commenced on October 7, 2016, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al., and against defendants, M.L. Alexander Electric Co., Inc., a California corporation doing business as "Alexander Electric Company," and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National NECA-IBEW Labor-Management Cooperation Committee Trust Fund, National Electrical Industry Fund, and Los Angeles Electrical Workers Credit Union, shall recover from Defendant M.L. Alexander Electric Co., Inc., a California corporation doing business as "Alexander Electric Company," the principal amount of $85,958.79, together with pre-judgment and post-judgment interest at the rate of 8% per annum accruing from February 10, 2017, until the judgment is paid in full.

DATED: February 14, 2017

_____
UNITED STATES DISTRICT JUDGE